IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARIA FRANCISCA LEMA MOROCHO, | § § § § | |
| Petitioner, | § § | |
| v. | § | CAUSE NO. EP-26-CV-504-KC |
| PAMELA BONDI et al., | § § § § | |
| Respondents. | § § | |

## ORDER

On this day, the Court considered Maria Francisca Lema Morocho's Petition for a Writ of Habeas Corpus, ECF No. 1, asking for her release or a bond hearing. Lema Morocho has filed a Notice of Voluntary Dismissal, ECF No. 3. Respondents have not filed a responsive pleading.

Accordingly, the Petition, ECF No. 1, is **DISMISSED**. *See* Fed. R. Civ. P. 41(a).

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 24th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE